HEATHER E. WILLIAMS, Bar #122664
Federal Defender
HANNAH R. LABAREE, Bar #294338
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
EDWARD MITCHELL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>EDWARD MITCHELL,<br><br>  Defendant. | Case No. 1:12-cr-00199 LJO<br><br>**STIPULATION AND ORDER TO SET BRIEFING SCHEDULE RE MOTION TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)**<br><br>Judge:  Honorable LAWRENCE J. O'NEILL |

Defendant, EDWARD MITCHELL, by and through his attorney, Assistant Federal Defender Hannah R. Labaree, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Kathleen A. Servatius, hereby stipulate to set the briefing schedule:

    Government Response:    May 2, 2016

    Defense Reply:    May 9, 2016

The parties hereby request to set a motion hearing for May 16, 2016 at 8:30 a.m. before the Honorable Lawrence J. O'Neill.

/ / /

/ / /

/ / /

Stipulation to Set Briefing Schedule    1

Respectfully submitted,

Dated: April 11, 2016                                         Dated:  April 11, 2016

BENJAMIN B. WAGNER                                            HEATHER E. WILLIAMS
United States Attorney                                        Federal Defender

*/s/ Kathleen A. Servatius*                                   */s/ Hannah R. Labaree*
KATHLEEN A. SERVATIUS                                         HANNAH R. LABAREE
Assistant U.S. Attorney                                       Assistant Federal Defender

Attorney for Plaintiff                                        Attorney for Defendant
UNITED STATES OF AMERICA                                      EDWARD MITCHELL

ORDER

Pursuant to the parties' stipulation, and good cause appearing therefor, the government's opposition is due on or before May 2, 2016 and the defendant's reply shall be filed no later than May 9, 2016. The Court will review the papers and inform the parties if it believes a hearing would be helpful and/or necessary.

IT IS SO ORDERED.

Dated:   **April 12, 2016**          **/s/ Lawrence J. O'Neill**
                                      UNITED STATES DISTRICT JUDGE