# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>EDWARD MITCHELL,<br><br>Defendant. | CASE NO. 1:12-CR-00199-LJO-SKO<br><br>ORDER REQUESTING SUPPLEMENT TO DEFENDANT'S PSR AND OPTIONAL BRIEFING |

This case is now before the Court following the Ninth Circuit's grant of the parties' joint motion to reverse and remand the Court's denial of Defendant Edward Mitchell's ("Defendant") motion for reduction of sentence pursuant to 18 U.S.C. § 3582(c). ECF No. 53. The Ninth Circuit remanded this case "for further proceedings, including a statement of reasons regarding any non-frivolous argument raised by defendant in his motion to reduce sentence, consistent with *United States v. Trujillo*, 713 F.3d 1003, 1010-11 (9th Cir. 2013)." *Id.* Cognizant of its obligations at this juncture in proceedings, which include consideration of Defendant's post-sentencing conduct, *see Pepper v. United States*, 562 U.S. 476, 490-92 (2011), the Court **ORDERS** as follows:

1. The United States Probation Office shall file a short supplement to Defendant's PSR advising the Court of any relevant information pertaining to Defendant's time in custody. Probation's supplement is due within **thirty (30)** days of electronic service of this Order.

2. Within **twenty-one (21)** days of Probation's filing, each party may file an optional brief addressing how Defendant's post-sentencing conduct affects the Court's consideration of his § 3582 motion.

IT IS SO ORDERED.

Dated: **May 23, 2017**          /s/ Lawrence J. O'Neill
                    UNITED STATES CHIEF DISTRICT JUDGE