HEATHER E. WILLIAMS, Bar #122664
Federal Defender
HANNAH R. LABAREE, Bar #294338
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
EDWARD MITCHELL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>EDWARD MITCHELL,<br><br>Defendant. | Case No. 1:12-cr-199 LJO<br><br>**STIPULATION AND ORDER TO EXTEND FILING OF SUPPLEMENTAL BRIEFS**<br><br>Judge: Hon. Lawrence J. O'Neill |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States Attorney, through Kathleen Servatius, Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender, Hannah R. Labaree, attorneys for Edward Mitchell, to extend to July 14, 2017, the filing of any supplemental brief addressing how Defendant's post-sentencing conduct affects the Court's consideration of his § 3582 motion pursuant to the Court's Order of May 23, 2017 (CR 54).

/ / /

/ / /

/ / /

1

| | | |
|---|---|---|
| 1 | | Respectfully submitted, |
| 2 | DATED: June 23, 2017 | HEATHER E. WILLIAMS |
| 3 | | Federal Defender |

/s/ *Hannah R. Labaree*
HANNAH R. LABAREE
Assistant Federal Defender
Attorney for Defendant
EDWARD MITCHELL

DATED:  June 23, 2017          PHILLIP A. TALBERT
                               United States Attorney

                               /s/ *Kathleen A. Servatius*
                               KATHLEEN A. SERVATIUS
                               Assistant U.S. Attorney
                               Attorney for Plaintiff

ORDER

The Court orders that supplemental briefs to be filed no later than July 14, 2017.

IT IS SO ORDERED.

    Dated:   **June 23, 2017**                **/s/ Lawrence J. O'Neill**
                                                               UNITED STATES CHIEF DISTRICT JUDGE