UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>EDWARD MITCHELL,<br><br>Defendants. | No.  1:12-CR-00199 LJO<br><br><br><br>ORDER |

IT IS HEREBY ORDERED that the Petition Alleging a Violation of Supervised Release submitted to the Court on November 2, 2020 in the above-entitled case be dismissed without prejudice.  The status conference/detention hearing set for January 15, 2021 at 2:00 p.m. is vacated.  Defendant's release on this case is ordered forthwith.

IT IS SO ORDERED.

Dated:  **January 15, 2021**                    /s/ Erica P. Grosjean
                                   UNITED STATES MAGISTRATE JUDGE

1