HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
REED GRANTHAM, CA Bar #294171
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
EDWARD MITCHELL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>EDWARD MITCHELL,<br><br>Defendant. | Case No. 1:12-cr-00199-NONE-SKO<br><br>**STIPULATION TO ~~CONTINUE~~ VACATE PRELIMINARY HEARING AND SET STATUS CONFERENCE; ORDER**<br><br>Date:   November 2, 2021<br>Time:  2:00 p.m.<br>Judge: Duty Magistrate |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel, Assistant United States Attorney Karen Escobar, counsel for plaintiff, and Assistant Federal Defender Reed Grantham, counsel for defendant Edward Mitchell, that the preliminary hearing currently scheduled for September 28, 2021 at 2:00 p.m., be vacated, and that a status conference be set on November 2, 2021, at 2:00 p.m.

A supervised release violation petition was filed in this case on August 25, 2021. *See* Dkt. #76. Mr. Mitchell made his initial appearance on August 31, 2021. *See* Dkt. #80. The detention hearing that had initially been set for September 2, 2021, was thereafter continued to September 8, 2021, as the defense had learned that a state matter had been initiated in Fresno County with respect to the allegations in Charge 1 of the supervised release violation petition. *See* Dkt. #76. A detention hearing was held on September 8, 2021. *See* Dkt. #83. At that hearing, Mr. Mitchell

1  was ordered released subject to conditions imposed by the Court. *See* Dkt. #84, #85. At the time,
2  a preliminary hearing was set for September 28, 2021. *See* Dkt. #83.
3      Since that time, Mr. Mitchell has appeared in state court as required on September 16,
4  2021, and again on September 21, 2021. A further hearing in state court is currently set for
5  October 26, 2021. The parties are requesting that the preliminary hearing currently set for
6  September 28, 2021, be vacated, and that the matter be continued to November 2, 2021, for a
7  further status conference. As part of this stipulation, Mr. Mitchell hereby agrees to waive his
8  right to a preliminary hearing in this matter. The proposed continuance will enable the parties to
9  closely monitor the state court proceedings, provide time for defense counsel to further
10 investigate the allegations, and allow for the parties to discuss any possible resolutions in this
11 matter.
12     Accordingly, the parties are seeking to vacate the September 28, 2021 preliminary
13 hearing, and to set a status conference for November 2, 2021. The requested continuance is made
14 with the intention of conserving time and resources for both the parties and the Court. The
15 requested date is a mutually agreeable date for both parties. As this is a supervised release
16 violation matter, no exclusion of time is necessary.

                                            Respectfully submitted,

                                            PHILLIP A. TALBERT
                                            Acting United States Attorney

Date: September 23, 2021                */s/ Karen Escobar*
                                            KAREN ESCOBAR
                                            Assistant United States Attorney
                                            Attorney for Plaintiff

                                            HEATHER E. WILLIAMS
                                            Federal Defender

Date: September 23, 2021                */s/ Reed Grantham*
                                            REED GRANTHAM
                                            Assistant Federal Defender
                                            Attorney for Defendant
                                            EDWARD MITCHELL

**O R D E R**

**IT IS HEREBY ORDERED** that the preliminary hearing set for September 28, 2021, at 2:00 p.m. is vacated, and the matter is set for a status conference on November 2, 2021, at 2:00 p.m.

IT IS SO ORDERED.

Dated: 9/23/2021 　　　　　　　　　　/s/ Sheila K. Oberto
　　　　　　　　　　　　　　　　　　HONORABLE SHEILA K. OBERTO
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

Mitchell – Stipulation
and Proposed Order