1  HEATHER E. WILLIAMS, CA Bar #122664
   Federal Defender
2  REED GRANTHAM, CA Bar #294171
   Assistant Federal Defender
3  Office of the Federal Defender
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorneys for Defendant
   EDWARD MITCHELL
7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA, | Case No. 1:12-cr-00199-NONE-SKO
12 |        Plaintiff, | **STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER THEREON**
13 | vs. | Date:  December 16, 2021
14 | EDWARD MITCHELL, | Time:  2:00 p.m.
                     | Judge: Duty Magistrate
15 |        Defendant. |

18        IT IS HEREBY STIPULATED, by and between the parties, through their respective

19 counsel, Assistant United States Attorney Karen Escobar, counsel for plaintiff, and Assistant

20 Federal Defender Reed Grantham, counsel for defendant Edward Mitchell, that the status

21 conference currently scheduled for November 2, 2021 at 2:00 p.m., be continued to December

22 16, 2021, at 2:00 p.m.

23        A supervised release violation petition was filed in this case on August 25, 2021. *See* Dkt.

24 #76. Mr. Mitchell made his initial appearance on August 31, 2021. *See* Dkt. #80. The detention

25 hearing that had initially been set for September 2, 2021, was thereafter continued to September

26 8, 2021, as the defense had learned that a state matter had been initiated in Fresno County with

27 respect to the allegations in the supervised release violation petition. *See* Dkt. #76. A detention

28 hearing was held on September 8, 2021. *See* Dkt. #83. At that hearing, Mr. Mitchell was ordered

released subject to conditions imposed by the Court. *See* Dkt. #84, #85.

Since that time, Mr. Mitchell has appeared as required for his state court proceedings on September 16, 2021, and September 21, 2021. Most recently, on October 26, 2021, Mr. Mitchell's state court attorney appeared on his behalf and the state matter was set for a preliminary hearing to occur on November 16, 2021. The parties are requesting that the status conference currently set for November 2, 2021, be continued to December 16, 2021, for a further status conference. The proposed continuance will enable the parties to closely monitor the state court proceedings, provide time for defense counsel to further investigate the allegations, and allow for the parties to discuss any possible resolutions in this matter.

Accordingly, the parties are seeking to continue the November 2, 2021 status conference to December 16, 2021. The requested continuance is made with the intention of conserving time and resources for both the parties and the Court. The requested date is a mutually agreeable date for both parties. As this is a supervised release violation matter, no exclusion of time is necessary.

Respectfully submitted,

PHILLIP A. TALBERT
Acting United States Attorney

Date: October 29, 2021          */s/ Karen Escobar*
                                KAREN ESCOBAR
                                Assistant United States Attorney
                                Attorney for Plaintiff


                                HEATHER E. WILLIAMS
                                Federal Defender


Date: October 29, 2021          */s/ Reed Grantham*
                                REED GRANTHAM
                                Assistant Federal Defender
                                Attorney for Defendant
                                EDWARD MITCHELL

Mitchell – Stipulation
and Proposed Order

2

**O R D E R**

**IT IS HEREBY ORDERED** that the status conference set for November 2, 2021, at 2:00 p.m. is continued to December 16, 2021, at 2:00 p.m. before the Duty Magistrate Judge.

IT IS SO ORDERED.

Dated:  **October 29, 2021**                    /s/ Erica P. Grosjean
                                                                    UNITED STATES MAGISTRATE JUDGE

Mitchell – Stipulation
and Proposed Order