|   |   |
|---|---|
| 1 | HEATHER E. WILLIAMS, CA Bar #122664 |
|   | Federal Defender |
| 2 | REED GRANTHAM, CA Bar #294171 |
|   | Assistant Federal Defender |
| 3 | Office of the Federal Defender |
|   | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, CA  93721-2226 |
|   | Telephone: (559) 487-5561 |
| 5 | Fax: (559) 487-5950 |
| 6 | Attorneys for Defendant |
|   | EDWARD MITCHELL |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:12-cr-00199-NONE-SKO |
|---|---|
| Plaintiff, | **STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER** |
| vs. | Date:   February 1, 2022 |
| EDWARD MITCHELL, | Time:  2:00 p.m. |
| Defendant. | Judge: Duty Magistrate |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel, Assistant United States Attorney Karen Escobar, counsel for plaintiff, and Assistant Federal Defender Reed Grantham, counsel for defendant Edward Mitchell, that the status conference currently scheduled for December 16, 2021 at 2:00 p.m., be continued to February 1, 2022, at 2:00 p.m.

A supervised release violation petition was filed in this case on August 25, 2021. *See* Dkt. #76. Mr. Mitchell made his initial appearance on August 31, 2021. *See* Dkt. #80. The detention hearing that had initially been set for September 2, 2021, was thereafter continued to September 8, 2021, as the defense had learned that a state matter had been initiated in Fresno County with respect to the allegations in the supervised release violation petition. *See* Dkt. #76. A detention hearing was held on September 8, 2021. *See* Dkt. #83. At that hearing, Mr. Mitchell was ordered

released subject to conditions imposed by the Court. *See* Dkt. #84, #85.

Since that time, Mr. Mitchell has appeared as required for his state court proceedings. Most recently, on November 16, 2021, Mr. Mitchell's state court attorney appeared on his behalf. At that hearing, Mr. Mitchell's state court attorney provided the district attorney with discovery and the matter was set for a preliminary hearing to occur on January 18, 2022. The parties are requesting that the status conference currently set for December 16, 2021, be continued to February 1, 2022, for a further status conference. The proposed continuance will enable the parties to closely monitor the state court proceedings, provide time for defense counsel to further investigate the allegations, and allow for the parties to discuss any possible resolutions in this matter.

Accordingly, the parties are seeking to continue the December 16, 2021 status conference to February 1, 2022. The requested continuance is made with the intention of conserving time and resources for both the parties and the Court. The requested date is a mutually agreeable date for both parties. As this is a supervised release violation matter, no exclusion of time is necessary.

Respectfully submitted,

PHILLIP A. TALBERT
Acting United States Attorney

Date: December 13, 2021    */s/ Karen Escobar*
                           KAREN ESCOBAR
                           Assistant United States Attorney
                           Attorney for Plaintiff


                           HEATHER E. WILLIAMS
                           Federal Defender


Date: December 13, 2021    */s/ Reed Grantham*
                           REED GRANTHAM
                           Assistant Federal Defender
                           Attorney for Defendant
                           EDWARD MITCHELL

Mitchell – Stipulation
and Proposed Order

2

**O R D E R**

**IT IS HEREBY ORDERED** that the status conference set for December 16, 2021, at 2:00 p.m. is continued to **February 1, 2022, at 2:00 p.m. before Magistrate Judge Barbara A. McAuliffe**.

IT IS SO ORDERED.

Dated:   **December 13, 2021**         /s/ Barbara A. McAuliffe
                                                                 UNITED STATES MAGISTRATE JUDGE

Mitchell – Stipulation
and Proposed Order

3