1  HEATHER E. WILLIAMS, CA Bar #122664
   Federal Defender
2  REED GRANTHAM, CA Bar #294171
   Assistant Federal Defender
3  Office of the Federal Defender
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorneys for Defendant
   EDWARD MITCHELL
7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA, | Case No. 1:12-cr-00199-NONE-SKO
12 |            Plaintiff,     | **STIPULATION TO CONTINUE STATUS CONFERENCE; AND ORDER**
13 | vs.                       |
   |                           | Date:  March 15, 2022
14 | EDWARD MITCHELL,          | Time:  2:00 p.m.
   |                           | Judge: Duty Magistrate Judge
15 |            Defendant.     |

18         IT IS HEREBY STIPULATED, by and between the parties, through their respective

19 counsel, Assistant United States Attorney Karen Escobar, counsel for plaintiff, and Assistant

20 Federal Defender Reed Grantham, counsel for defendant Edward Mitchell, that the status

21 conference currently scheduled for February 1, 2022 at 2:00 p.m., be continued to March 15,

22 2022, at 2:00 p.m.

23         A supervised release violation petition was filed in this case on August 25, 2021. *See* Dkt.

24 #76. Mr. Mitchell made his initial appearance on August 31, 2021. *See* Dkt. #80. The detention

25 hearing that had initially been set for September 2, 2021, was thereafter continued to September

26 8, 2021, as the defense had learned that a state matter had been initiated in Fresno County with

27 respect to the allegations in the supervised release violation petition. *See* Dkt. #76. A detention

28 hearing was held on September 8, 2021. *See* Dkt. #83. At that hearing, Mr. Mitchell was ordered

1  released subject to conditions imposed by the Court. *See* Dkt. #84, #85.

2  Since that time, Mr. Mitchell has appeared for his state court proceedings. In November
3  2021, Mr. Mitchell's state court attorney provided the district attorney with discovery and the
4  matter was set for a preliminary hearing to occur on January 18, 2022. However, defense counsel
5  has been informed that the January 18, 2022 preliminary hearing has now been continued to
6  February 8, 2022.

7  The parties are requesting that the status conference currently set for February 1, 2022, be
8  continued to March 15, 2022, for a further status conference. The proposed continuance will
9  enable the parties to closely monitor the state court proceedings, provide time for defense
10 counsel to further investigate the allegations, and allow for the parties to discuss any possible
11 resolutions in this matter.

12 Accordingly, the parties are seeking to continue the February 1, 2022 status conference to
13 March 15, 2022. The requested continuance is made with the intention of conserving time and
14 resources for both the parties and the Court. The requested date is a mutually agreeable date for
15 both parties. As this is a supervised release violation matter, no exclusion of time is necessary.

Respectfully submitted,

PHILLIP A. TALBERT
Acting United States Attorney

Date: January 27, 2022          */s/ Karen Escobar*
                                KAREN ESCOBAR
                                Assistant United States Attorney
                                Attorney for Plaintiff


                                HEATHER E. WILLIAMS
                                Federal Defender

Date: January 27, 2022          */s/ Reed Grantham*
                                REED GRANTHAM
                                Assistant Federal Defender
                                Attorney for Defendant
                                EDWARD MITCHELL

Mitchell – Stipulation
and Proposed Order

2

**O R D E R**

IT IS HEREBY ORDERED that the status conference set for February 1, 2022, at 2:00 p.m. is continued to **March 15, 2022, at 2:00 p.m. before Magistrate Judge Barbara A. McAuliffe**.

IT IS SO ORDERED.

Dated:   **January 27, 2022**                    /s/ *Barbara A. McAuliffe*
                                                                        UNITED STATES MAGISTRATE JUDGE

Mitchell – Stipulation
and Proposed Order