1  HEATHER E. WILLIAMS, CA Bar #122664
   Federal Defender
2  REED GRANTHAM, CA Bar #294171
   Assistant Federal Defender
3  Office of the Federal Defender
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorneys for Defendant
   EDWARD MITCHELL
7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA, | Case No. 1:12-cr-00199-LJO-SKO
12 | Plaintiff, | **STIPULATION TO CONTINUE STATUS CONFERENCE; AND ORDER**
13 | vs. |
   | | Date:  April 19, 2022
14 | EDWARD MITCHELL, | Time:  2:00 p.m.
   | | Judge: Duty Magistrate Judge
15 | Defendant. |

18

19     IT IS HEREBY STIPULATED, by and between the parties, through their respective

20 counsel, Assistant United States Attorney Karen Escobar, counsel for plaintiff, and Assistant

21 Federal Defender Reed Grantham, counsel for defendant Edward Mitchell, that the status

22 conference currently scheduled for March 15, 2022 at 2:00 p.m., be continued to April 19, 2022,

23 at 2:00 p.m.

24     A supervised release violation petition was filed in this case on August 25, 2021. *See* Dkt.

25 #76. Mr. Mitchell made his initial appearance on August 31, 2021. *See* Dkt. #80. The detention

26 hearing that had initially been set for September 2, 2021, was thereafter continued to September

27 8, 2021, as the defense had learned that a state matter had been initiated in Fresno County with

28 respect to the allegations in the supervised release violation petition. *See* Dkt. #76. A detention

hearing was held on September 8, 2021. *See* Dkt. #83. At that hearing, Mr. Mitchell was ordered released subject to conditions imposed by the Court. *See* Dkt. #84, #85.

Since that time, Mr. Mitchell's state court matter has been moving forward. In November 2021, Mr. Mitchell's state court attorney provided the district attorney with defense discovery and began resolution discussions. In January 2022, the matter was set for a preliminary hearing to occur on February 8, 2022. However, at that time, the matter was continued by the parties to March 29, 2022, for a preliminary hearing. A time estimate was given for the hearing, and it is anticipated that the hearing will go forward on that date.

The parties are requesting that the status conference currently set for March 15, 2022, be continued to April 19, 2022, for a further status conference. The proposed continuance will enable the parties to closely monitor the state court proceedings, provide time for defense counsel to further investigate the allegations, and allow for the parties to discuss any possible resolutions in this matter. Since his release on September 8, 2021, Mr. Mitchell has remained in compliance with the terms and conditions imposed and has maintained communication with counsel and his probation officer.

//
//
//
//
//
//

Mitchell – Stipulation
and Proposed Order

Accordingly, the parties are seeking to continue the March 15, 2022 status conference to April 19, 2022. The requested continuance is made with the intention of conserving time and resources for both the parties and the Court. The requested date is a mutually agreeable date for both parties. As this is a supervised release violation matter, no exclusion of time is necessary.

                                                              Respectfully submitted,

                                                              PHILLIP A. TALBERT
                                                              United States Attorney

Date: March 11, 2022                              */s/ Karen Escobar*
                                                              KAREN ESCOBAR
                                                              Assistant United States Attorney
                                                              Attorney for Plaintiff


                                                              HEATHER E. WILLIAMS
                                                              Federal Defender

Date: March 11, 2022                              */s/ Reed Grantham*
                                                              REED GRANTHAM
                                                              Assistant Federal Defender
                                                              Attorney for Defendant
                                                              EDWARD MITCHELL


## **O R D E R**

**IT IS HEREBY ORDERED** that the status conference set for March 15, 2022, at 2:00 p.m. is continued to April 19, 2022, at 2:00 p.m. before Magistrate Judge Erica P. Grosjean.


IT IS SO ORDERED.

   Dated:   **March 11, 2022**                    /s/ *Barbara A. McAuliffe*
                                                        UNITED STATES MAGISTRATE JUDGE

Mitchell – Stipulation
and Proposed Order