1  HEATHER E. WILLIAMS, CA Bar #122664
   Federal Defender
2  REED GRANTHAM, CA Bar #294171
   Assistant Federal Defender
3  Office of the Federal Defender
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorneys for Defendant
   EDWARD MITCHELL
7

8                  IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,       | Case No. 1:12-cr-00199-LJO-SKO
12 |         Plaintiff,              | **STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER**
13 | vs.                             |
   |                                 | Date:  May 18, 2022
14 | EDWARD MITCHELL,                | Time:  2:00 p.m.
   |                                 | Judge: Duty Magistrate Judge
15 |         Defendant.              |

16

17

18

19       IT IS HEREBY STIPULATED, by and between the parties, through their respective

20 counsel, Assistant United States Attorney Karen Escobar, counsel for plaintiff, and Assistant

21 Federal Defender Reed Grantham, counsel for defendant Edward Mitchell, that the status

22 conference currently scheduled for April 19, 2022 at 2:00 p.m., be continued to May 18, 2022, at

23 2:00 p.m.

24       A supervised release violation petition was filed in this case on August 25, 2021. *See* Dkt.

25 #76. Mr. Mitchell made his initial appearance on August 31, 2021. *See* Dkt. #80. The detention

26 hearing that had initially been set for September 2, 2021, was thereafter continued to September

27 8, 2021, as the defense had learned that a state matter had been initiated in Fresno County with

28 respect to the allegations in the supervised release violation petition. *See* Dkt. #76. A detention

1  hearing was held on September 8, 2021. *See* Dkt. #83. At that hearing, Mr. Mitchell was ordered
2  released subject to conditions imposed by the Court. *See* Dkt. #84, #85.
3  Since that time, Mr. Mitchell's state court matter has been moving forward. In November
4  2021, Mr. Mitchell's state court attorney provided the district attorney with defense discovery
5  and began resolution discussions. In January 2022, the matter was set for a preliminary hearing
6  to occur on February 8, 2022. However, at that time, the matter was continued by the parties to
7  March 29, 2022, for a preliminary hearing. On March 29, 2022, the preliminary hearing was
8  continued by the People in order to ensure witness availability. The preliminary hearing is now
9  set for April 19, 2022, at 8:30 a.m.
10 The parties are requesting that the status conference currently set for April 19, 2022, be
11 continued to May 18, 2022, for a further status conference. Since his release on September 8,
12 2021, Mr. Mitchell has remained in compliance with the terms and conditions imposed and has
13 maintained communication with counsel and his probation officer. The proposed continuance
14 will enable the parties to closely monitor the state court proceedings, provide time for defense
15 counsel to further investigate the allegations, and allow for the parties to discuss any possible
16 resolutions in this matter. The requested continuance is made with the intention of conserving
17 time and resources for both the parties and the Court. The requested date is a mutually agreeable
18 date for both parties. As this is a supervised release violation matter, no exclusion of time is
19 necessary.

20                 Respectfully submitted,
21                 PHILLIP A. TALBERT
                   United States Attorney
22
23 Date: April 15, 2022         */s/ Karen Escobar*
                   KAREN ESCOBAR
24                 Assistant United States Attorney
                   Attorney for Plaintiff
25
26                 HEATHER E. WILLIAMS
                   Federal Defender
27
28 Date: April 15, 2022        */s/ Reed Grantham*
                   REED GRANTHAM

Mitchell – Stipulation
and Proposed Order

Assistant Federal Defender
Attorney for Defendant
EDWARD MITCHELL

### **O R D E R**

**IT IS HEREBY ORDERED** that the status conference set for April 19, 2022, at 2:00 p.m. is continued to May 18, 2022, at 2:00 p.m.

IT IS SO ORDERED.

Dated: **April 15, 2022**           /s/ Erica P. Grosjean
                                   UNITED STATES MAGISTRATE JUDGE

Mitchell – Stipulation
and Proposed Order

3