HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
REED GRANTHAM, CA Bar #294171
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
EDWARD MITCHELL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:12-cr-00199-LJO-SKO |
|---|---|
| Plaintiff, | **STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER** |
| vs. | Date: September 7, 2022 |
| EDWARD MITCHELL, | Time: 2:00 p.m. |
| Defendant. | Judge: Duty Magistrate Judge |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel, Assistant United States Attorney Karen Escobar, counsel for plaintiff, and Assistant Federal Defender Reed Grantham, counsel for defendant Edward Mitchell, that the status conference currently scheduled for May 18, 2022 at 2:00 p.m., be continued to September 7, 2022, at 2:00 p.m.

A supervised release violation petition was filed in this case on August 25, 2021. *See* Dkt. #76. Mr. Mitchell made his initial appearance on August 31, 2021. *See* Dkt. #80. The detention hearing that had initially been set for September 2, 2021, was thereafter continued to September 8, 2021, as the defense had learned that a state matter had been initiated in Fresno County with respect to the allegations in the supervised release violation petition. *See* Dkt. #76. A detention

1  hearing was held on September 8, 2021. *See* Dkt. #83. At that hearing, Mr. Mitchell was ordered
2  released subject to conditions imposed by the Court. *See* Dkt. #84, #85.

3  Since that time, Mr. Mitchell's state court matter has been moving forward. In November
4  2021, Mr. Mitchell's state court attorney provided the district attorney with defense discovery
5  and began resolution discussions. In January 2022, the matter was set for a preliminary hearing
6  to occur on February 8, 2022. However, at that time, the matter was continued by the parties to
7  March 29, 2022. On March 29, 2022, the preliminary hearing was continued by the People in
8  order to ensure witness availability. A preliminary hearing was set for April 19, 2022. At that
9  hearing, the district attorney proposed an informal resolution that the state matter be continued
10 for approximately six months and that if Mr. Mitchell completed a 12-week anger management
11 course, the matter would be dismissed. Accordingly, the state court matter was continued to
12 October 18, 2022. The above timeline is reflected on the state court docket for the matter and a
13 copy of that docket has been provided to government counsel and Mr. Mitchell's probation
14 officer who are aware of those proceedings.

15 The parties are requesting that the status conference currently set for May 18, 2022, be
16 continued to September 7, 2022, for a further status conference. Since his release on September
17 8, 2021, Mr. Mitchell has remained in compliance with the terms and conditions imposed and
18 has maintained communication with counsel and his probation officer. The proposed continuance
19 will enable the parties to closely monitor the state court proceedings, including Mr. Mitchell's
20 fulfillment of his obligations in the state court matter. It will also provide time for the parties to
21 discuss any possible resolutions in this matter. The requested continuance is made with the
22 intention of conserving time and resources for both the parties and the Court. The requested date
23 is a mutually agreeable date for both parties. As this is a supervised release violation matter, no
24 exclusion of time is necessary.

                                      Respectfully submitted,

                                      PHILLIP A. TALBERT
                                      United States Attorney

Date: May 16, 2022                */s/ Karen Escobar*
                                    KAREN ESCOBAR

Mitchell – Stipulation
and Proposed Order

Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Date: May 16, 2022          */s/ Reed Grantham*
                            REED GRANTHAM
                            Assistant Federal Defender
                            Attorney for Defendant
                            EDWARD MITCHELL

**O R D E R**

**IT IS HEREBY ORDERED** that the status conference set for May 18, 2022, at 2:00 p.m. is continued to September 7, 2022, at 2:00 p.m.

IT IS SO ORDERED.

Dated: __May 16, 2022__

_____
UNITED STATES MAGISTRATE JUDGE

Mitchell – Stipulation
and Proposed Order

3