1  HEATHER E. WILLIAMS, CA Bar #122664
   Federal Defender
2  REED GRANTHAM, CA Bar #294171
   Assistant Federal Defender
3  Office of the Federal Defender
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorneys for Defendant
   EDWARD MITCHELL
7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,       | Case No. 1:12-cr-00199-LJO-SKO
12 |                Plaintiff,       | **STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER**
13 | vs.                             |
   |                                 | Date:  October 20, 2022
14 | EDWARD MITCHELL,                | Time:  2:00 p.m.
   |                                 | Judge: Duty Magistrate Judge
15 |                Defendant.       |

16

17

18        IT IS HEREBY STIPULATED, by and between the parties, through their respective

19 counsel, Assistant United States Attorney Karen Escobar, counsel for plaintiff, and Assistant

20 Federal Defender Reed Grantham, counsel for defendant Edward Mitchell, that the status

21 conference currently scheduled for September 7, 2022 at 2:00 p.m., be continued to October 20,

22 2022, at 2:00 p.m.

23        A supervised release violation petition was filed in this case on August 25, 2021. *See* Dkt.

24 #76. Mr. Mitchell made his initial appearance on August 31, 2021. *See* Dkt. #80. The detention

25 hearing that had initially been set for September 2, 2021, was thereafter continued to September

26 8, 2021, as the defense had learned that a state matter had been initiated in Fresno County with

27 respect to the allegations in the supervised release violation petition. *See* Dkt. #76. A detention

28 hearing was held on September 8, 2021. *See* Dkt. #83. At that hearing, Mr. Mitchell was ordered

released subject to conditions imposed by the Court. *See* Dkt. #84, #85.

Since that time, Mr. Mitchell's state court matter has been moving forward. In November 2021, Mr. Mitchell's state court attorney provided the district attorney with defense discovery and began resolution discussions. In January 2022, the matter was set for a preliminary hearing to occur on February 8, 2022. However, at that time, the matter was continued by the parties to March 29, 2022. On March 29, 2022, the preliminary hearing was continued by the People in order to ensure witness availability. A preliminary hearing was set for April 19, 2022. At that hearing, the district attorney proposed an informal resolution that the state matter be continued for approximately six months and that if Mr. Mitchell completed a 12-week anger management course, the matter would be dismissed. Accordingly, the state court matter was continued to October 18, 2022. The above timeline is reflected on the state court docket for the matter and a copy of that docket has been provided to government counsel and Mr. Mitchell's probation officer who are aware of those proceedings.

On May 16, 2022, the parties submitted a stipulation to continue this matter until September 7, 2022, to monitor Mr. Mitchell's compliance with enrolling in and participating in the 12-week anger management course. *See* Dkt. #105. Since that time, Mr. Mitchell has enrolled in the course and has been participating in it. He expects to complete the course prior to the next state court hearing on October 18, 2022. Accordingly, the parties are requesting that the status conference currently set for September 7, 2022, be continued to October 20, 2022, for a further status conference.

Since his release on September 8, 2021, Mr. Mitchell has remained in compliance with the terms and conditions imposed and has maintained communication with counsel and his probation officer. The proposed continuance will enable the parties to closely monitor the state court proceedings, including Mr. Mitchell's fulfillment of his obligations in the state court matter. It will also provide time for the parties to discuss any possible resolutions in this matter. The requested continuance is made with the intention of conserving time and resources for both the parties and the Court. The requested date is a mutually agreeable date for both parties. As this is a supervised release violation matter, no exclusion of time is necessary.

Mitchell – Stipulation
and Proposed Order

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Date: August 29, 2022        /s/ Karen Escobar
                             KAREN ESCOBAR
                             Assistant United States Attorney
                             Attorney for Plaintiff


                             HEATHER E. WILLIAMS
                             Federal Defender

Date: August 29, 2022        /s/ Reed Grantham
                             REED GRANTHAM
                             Assistant Federal Defender
                             Attorney for Defendant
                             EDWARD MITCHELL


**O R D E R**

**IT IS HEREBY ORDERED** that the status conference set for September 7, 2022, at 2:00 p.m. is continued to October 20, 2022, at 2:00 p.m.

IT IS SO ORDERED.

Dated:   **August 29, 2022**                                    
                                             UNITED STATES MAGISTRATE JUDGE

Mitchell – Stipulation
and Proposed Order

3