1 | HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
2 | REED GRANTHAM, CA Bar #294171
Assistant Federal Defender
3 | Office of the Federal Defender
2300 Tulare Street, Suite 330
4 | Fresno, CA  93721-2226
Telephone: (559) 487-5561
5 | Fax: (559) 487-5950

6 | Attorneys for Defendant
EDWARD MITCHELL
7

8 | IN THE UNITED STATES DISTRICT COURT

9 | FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,

Case No. 1:12-cr-00199-LJO-SKO

12 | Plaintiff,

**STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER**

13 | vs.

Date:  November 3, 2022
14 | EDWARD MITCHELL,
Time:  2:00 p.m.
Judge: Duty Magistrate Judge
15 | Defendant.

16

17

18 |      IT IS HEREBY STIPULATED, by and between the parties, through their respective

19 | counsel, Assistant United States Attorney Karen Escobar, counsel for plaintiff, and Assistant

20 | Federal Defender Reed Grantham, counsel for defendant Edward Mitchell, that the status

21 | conference currently scheduled for October 20, 2022 at 2:00 p.m., be continued to November 3,

22 | 2022, at 2:00 p.m.

23 |      A supervised release violation petition was filed in this case on August 25, 2021. *See* Dkt.

24 | #76. Mr. Mitchell made his initial appearance on August 31, 2021. *See* Dkt. #80. A detention

25 | hearing that had initially been set was continued to September 8, 2021, as the defense had

26 | learned that a state matter had been initiated in Fresno County with respect to the allegations in

27 | the supervised release violation petition. *See* Dkt. #76. A detention hearing was held on

28 | September 8, 2021. *See* Dkt. #83. At that hearing, Mr. Mitchell was ordered released subject to

1    conditions imposed by the Court. *See* Dkt. #84, #85.

2         Since that time, Mr. Mitchell's state court matter has been moving forward. In November

3    2021, Mr. Mitchell's state court attorney provided the district attorney with defense discovery. In

4    January 2022, the matter was set for a preliminary hearing to occur on February 8, 2022.

5    However, at that time, the matter was continued by the parties to March 29, 2022. On March 29,

6    2022, the preliminary hearing was continued by the People. A preliminary hearing was set for

7    April 19, 2022. At that hearing, the district attorney proposed an informal resolution that the state

8    matter be continued for approximately six months and that if Mr. Mitchell completed a 12-week

9    anger management course, the matter would be dismissed. The state court matter was then

10   continued to October 18, 2022. The above timeline is reflected on the state court docket for the

11   matter and the government and Mr. Mitchell's federal probation officer are aware of those

12   proceedings.

13        Following that hearing, Mr. Mitchell enrolled in, and completed, the 12-week course. On

14   October 18, 2022, Mr. Mitchell appeared in the state court matter and presented a certificate of

15   completion of the 12-week anger management course (which has also been provided to the

16   government and Mr. Mitchell's federal probation officer). At that time, the state court matter

17   pending against Mr. Mitchell was dismissed by the district attorney and the court.

18        The parties are requesting that this matter be continued to November 3, 2022, so that the

19   parties can discuss how best to resolve this matter. Since his release on September 8, 2021, Mr.

20   Mitchell has remained in compliance with the terms and conditions imposed and has maintained

21   communication with counsel and his probation officer. The proposed continuance will enable the

22   parties to discuss a resolution to this matter. The requested continuance is made with the

23   intention of conserving time and resources for both the parties and the Court. The requested date

24   is a mutually agreeable date for both parties. As this is a supervised release violation matter, no

25   exclusion of time is necessary.

26   //

27   //

28   //

Mitchell – Stipulation
and Proposed Order

2

1                                          Respectfully submitted,

2                                            PHILLIP A. TALBERT
                                         United States Attorney

3

4   Date: October 18, 2022             */s/ Karen Escobar*
                                         KAREN ESCOBAR

5                                            Assistant United States Attorney
                                         Attorney for Plaintiff

6

7                                            HEATHER E. WILLIAMS
                                         Federal Defender

8

9   Date: October 18, 2022             */s/ Reed Grantham*
                                         REED GRANTHAM

10                                           Assistant Federal Defender
                                         Attorney for Defendant

11                                           EDWARD MITCHELL

12

13

14

15  **O R D E R**

16        **IT IS HEREBY ORDERED** that the status conference set for October 20, 2022, at 2:00

17  p.m. is continued to November 3, 2022, at 2:00 p.m.

18

19  IT IS SO ORDERED.

20

21  Dated:  10/18/2022               *Sheila K. Oberto*

22                                     HONORABLE SHEILA K. OBERTO
                                   UNITED STATES MAGISTRATE JUDGE

23

24

25

26

27

28

Mitchell – Stipulation
and Proposed Order